IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JIMMY WAYNE FORSYTHE and wife, FREDA JOY FORSYTHE, <br><br> Plaintiffs, <br><br> VS. <br><br> RUPORT BARNES and DOGGETT AUTO & TRUCK SALVAGE, INC., <br><br> Defendants. | No. 03-1110-T/An |

### ORDER OF REFERENCE

On April 12, 2005, plaintiffs filed a motion to amend the scheduling order, combined with a motion to continue the trial date. The motions are hereby REFERRED to U.S. Magistrate S. Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

18 April 2005
_____
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  4/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:03-CV-01110 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Terry L. Hill
MANIER & HEROD
150 Fourth Ave. North
Ste. 2200
Nashville, TN 37219--249

Honorable James Todd
US DISTRICT COURT