FILED BY ___ D.C.
05 MAY -3 PM 5:03
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN-JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**JIMMY WAYNE FORSYTHE and wife, FREDA JOY FORSYTHE,**

**Plaintiffs,**

**vs.** **NO.: 03-1110-T-An**

**RUPORT BARNES and DOGGETT AUTO & TRUCK SALVAGE, INC.,**

**Defendants.**

---

## ORDER GRANTING MOTION TO CONTINUE TRIAL AND SETTING TELEPHONE CONFERENCE

---

Pursuant to an Order of Reference entered April 18, 2005, the Plaintiffs' Motion to Amend Scheduling Order and to Continue Trial has been referred to the Magistrate Judge for determination.

It appearing from the motion that the motion is well taken and the Motion to Amend Scheduling Order and to Continue Trial is **GRANTED**.

As such, the Court shall conduct a telephone conference on **TUESDAY, MAY 24, 2005 at 10:30 a.m.** for the purpose of discussing modification of the Scheduling Order and setting a new trial date. Counsel are directed to confer prior to the telephone conference regarding proposed deadlines and a new trial date. Mr. Verner Smith, counsel for Plaintiffs, shall initiate



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/6/05

32

the conference call to all attorneys prior to contacting the Court.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 03, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:03-CV-01110 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Terry L. Hill
MANIER & HEROD
150 Fourth Ave. North
Ste. 2200
Nashville, TN 37219--249

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT