# UNITED STATES DISTRICT COURT

_____Western_____   District of _Tennessee_

Jimmy Wayne Forsythe and wife, Freda Joy Forsythe
Plaintiff

V.

Ruport Barnes, and Doggett Auto & Truck Salvage, Inc.
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 1-03-1110- T/An

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Jimmy & Freda Forsythe | [signature] | 6-9-05 |
| Doggett Auto & Truck Salvage Inc. and Ruport Barnes | [signature] | 6-13-05 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to __Judge S. Thomas Anderson__ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

20 June 2005
Date

[signature] James D. Todd
United States District Judge

[Filed stamp: 05 JUN 22 AM 9:25  ROBERT R. DI TROLIO CLERK, U.S. DIST. CT. W.D. OF TN JACKSON  FILED BY ____ D.C.]

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:03-CV-01110 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Terry L. Hill
MANIER & HEROD
150 Fourth Ave. North
Ste. 2200
Nashville, TN 37219--249

Honorable S. Anderson
US DISTRICT COURT