IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JIMMY WAYNE FORSYTHE and wife, <br> FREDA JOY FORSYTHE, <br><br> Plaintiffs, <br><br> vs. <br><br> RUPORT BARNES and DOGGETT <br> AUTO & TRUCK SALVAGE, INC., <br><br> Defendants. | NO.: 03-1110-An |

## ORDER SETTING TRIAL

The Court hereby sets this matter for trial by jury on **TUESDAY, MARCH 7, 2006 at 9:30 a.m.** and is expected to last 2 days. A joint pretrial order shall be submitted no later than 4:30 p.m. on or before **FEBRUARY 24, 2006.** The proposed <u>joint</u> pretrial order should include any stipulated facts, contested issues of fact and/or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

The parties shall submit proposed jury instructions to the Court by **FEBRUARY 24, 2006.** Failure to present the proposed jury instructions may be deemed a waiver with regard to

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/8/05

presentation at a later date.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 04, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:03-CV-01110 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Terry L. Hill
MANIER & HEROD
150 Fourth Ave. North
Ste. 2200
Nashville, TN 37219--249

Louis F. Allen
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT